05-15-00911-CV

FILED
DALLAS COUNTY
7/29/2015 12:59:11 PM
FELICIA PITRE
DISTRICT CLERK

NO. **DC-15-01369**

| | | |
|---|---|---|
| **FATIMA CONSTRUCTION &** | § | **IN THE DISTRICT COURT** |
| **CLEANING COMPANY LLC AND** | § | |
| **SAIRA BRUSH,** | § | |
| Plaintiffs, | § | |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **COSMO PERSONNEL SERVICES LLC** | § | **191ST JUDICIAL DISTRICT** |
| **d/b/a COOPER PERSONNEL d/b/a** | § | |
| **COOPER PERSONNEL SERVICES** | § | |
| **d/b/a CP SERVICES d/b/a** | § | |
| **CONTRACTORS PREFERRED** | § | |
| **SERVICES, LLC, PRISCA** | § | |
| **RODRIGUEZ a/k/a PRISCILLA** | § | |
| **RODRIGUEZ, MICHAEL DAVIS, and** | § | |
| **CHRISTINA PAZ,** | § | |
| Defendants. | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/29/2015 2:19:57 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

NOTICE IS GIVEN that Christina Paz hereby Appeals from the Default Judgment entered herein on May 20th, 2015, by the Honorable Gena Slaughter in the above-captioned action.

Respectfully submitted,

By: /s/ Kaushik Rambhotla_____
Rambhotla Law Firm, PLLC
Kaushik Rambhotla
SBN: 24079175
kashlegal@gmail.com
4000 Medical Parkway, Suite 207
Austin, TX 78756
Tel: (512) 410-5185;
Fax (512) 582-8660
Attorney for Defendant

I hereby certify that Defendant Christina Paz's Notice of Appeal, was delivered to Eric D. walker via electronic delivery on this the 29th day of July, 2015.

<u>/s/ Kaushik Rambhotla</u>